NO. 07-10-00445-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL D
 
--------------------------------------------------------------------------------
DECEMBER 2, 2010
--------------------------------------------------------------------------------

 
 IN RE RODDY D. PIPPIN, RELATOR
--------------------------------------------------------------------------------

 

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

 MEMORANDUM OPINION
 
Relator Roddy Dean Pippin, proceeding pro se, filed a petition for writ of mandamus on October 25, 2010. By letter of October 26, we informed relator of his failure to pay the requisite filing fee. In a letter of November 12, we notified relator the filing fee remained unpaid and explained the proceeding would be dismissed unless the filing fee was paid or an affidavit of indigence filed by November 23. See Tex. R. App. P. 5, 20.1, 42.3(c). Relator did not pay the fee or file an affidavit of indigence as directed. 
Accordingly, we dismiss relator's petition. See Tex. R. App. P. 5, 42.3(c).

Per Curiam